E-FILED: **1/4/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG WON CHANG, ) | CASE NO. CV **09-1772**-GHK (JTLx) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| DOWNEY SAVINGS AND LOAN ASS'N, F.A., et al., ) | |
| Defendants. ) | |

Pursuant to our December 4, 2009 Order, Defendant U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. is **DISMISSED with prejudice**. Pursuant to our January 4, 2010 Order, Defendant Equity West Financial, Inc. is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: January 4, 2010

_____
GEORGE H. KING
United States District Judge